Michael K. Friedland (SBN 157217)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (SBN 223370)
Lauren.Katzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Attorneys for Defendant,
DIRECT METALS COMPANY, LLC

George L. Hampton, IV (SBN 144433)
ghampton@hamptonholley.com
Colin C. Holley (SBN 191999)
cholley@hamptonholley.com
HAMPTON HOLLEY, LLP
2101 East Coast Highway, Suite 260
Corona del Mar, CA 92625
Telephone: (949) 718-4550
Facsimile: (949) 718-4580
Attorneys for Plaintiff DIRECT METALS INC.

**NOTE: CHANGES MADE BY THE COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DIRECT METALS INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DIRECT METALS COMPANY, LLC, a Georgia limited liability company,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.<br>SACV 07-1049 AHS(RNBx)<br><br>**CONSENT JUDGMENT**<br><br><br><br><br>Honorable Alicemarie H. Stotler |

The above-captioned action having come before this Court upon the pleadings, and it being represented to the Court that Plaintiff Direct Metals, Inc. ("DMI") and Defendant Direct Metals Company, LLC ("DMC") have compromised and have agreed upon a basis for settling this action, including the entry of this Consent Judgment, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that:

1. This Court has jurisdiction over the parties and the subject matter.

2. Venue is proper in this judicial district.

3. Judgment is hereby entered in favor of DMC, and against DMI, on the claims in the Complaint and Answer and Counterclaim.

4. DMI and each of its respective officers, directors, principals, agents, servants, and employees, and all those persons in active concert or participation with them, are hereby enjoined and permanently restrained from each of the following activities:

    a. Using the mark DIRECT METALS or the phrase "direct metals" in connection with the sale of any good or provision of any service, or otherwise using the mark DIRECT METALS or the phrase "direct metals" to market, advertise, or identify any goods or services, or for any other commercial purpose, except in connection with the same classes of goods and services that DMI had already sold or provided as of August 11, 2009, which include raw stainless steel and other metal materials in coil, plate, sheet and bar form, and sourcing and other services related thereto.

    b. After August 11, 2011, using, registering, or maintaining any registration of any Internet domain name or Universal Resource Locator ("URL") that includes the mark DIRECT METALS or the phrase "direct metals" as part of the domain name or Universal Resource Locator ("URL"), including but not limited to domain names including hyphens

or other punctuation between the words "direct" and "metals," e.g., "direct-metals" or "direct.metals," or using the mark DIRECT METALS or phrase "direct metals" in the content of any page on the Internet or World Wide Web. However, DMI may maintain registration of the Internet domain name or Universal Resource Locator ("URL") "directmetals4u.com," solely for the purpose of using and maintaining email addresses with the suffix "@directmetals4u.com."

   c. From August 11, 2009 through August 11, 2013, producing or distributing more than 500 copies annually of advertising flyers or other printed advertising materials that use or contain the mark DIRECT METALS or the phrase "direct metals."

   d. From August 11, 2009 through August 11, 2013, maintaining more than one (1) central stocking location, and such stocking location will not be located east of the Missouri River.

   e. After August 11, 2013, using the mark DIRECT METALS or the phrase "direct metals" as any part of any "dba," fictitious business name, trade name, trademark, service mark, or otherwise using the mark DIRECT METALS or the phrase "direct metals" to market, advertise, or identify any goods or services, or using the mark DIRECT METALS or the phrase "direct metals" for any commercial purpose.

   f. DMI is permitted to continue to use Direct Metals, Inc. as its registered corporate name in filings with the Secretary of State of California, the Internal Revenue Service, and other tax and governmental authorities, and for any other noncommercial purpose.

5. By entering into this consent judgment, DMI does not admit any liability arising from the transactions or occurrences DMC alleges in its Counterclaim. However, DMI and DMC agree, and the Court by entering this consent judgment finds, that the parties to this consent judgment have

negotiated this consent judgment in good faith, that the implementation of this consent judgment will allow the parties to this consent judgment to avoid continued, prolonged and complicated litigation, and that this consent judgment is fair and reasonable.

6. In that event that DMC or any successor ceases its business operations or abandons the DIRECT METALS mark, DMI will be relieved of its obligations under this Consent Judgment.

7. This is a final judgment. DMI and DMC each waive their respective rights to appeal this final judgment. Each party shall bear its own costs and attorneys' fees.

8. This Court retains jurisdiction over this Consent Judgment for the purpose of ensuring compliance with the terms hereof and of enabling DMI or DMC or any of them to apply to this Court at any time for further orders on matters the Court deems related or ancillary thereto.

9. In any action to enforce the provisions of this Consent Judgment, the prevailing party shall be entitled, in addition to any other relief granted by the Court, to its reasonable costs and attorneys' fees.

Dated: October 30, 2009.

ALICEMARIE H. STOTLER
_____
Honorable Alicemarie H. Stotler
UNITED STATES DISTRICT JUDGE

**SO STIPULATED**.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:_____     By:_____
                        Michael K. Friedland
                        Lauren Keller Katzenellenbogen
                        Attorneys for Defendant,
                        DIRECT METALS COMPANY, LLC

HAMPTON HOLLEY, LLP

3

1                          HAMPTON HOLLEY, LLP

3    Dated:_____    By:_____
                                                  George L. Hampton, IV
4                                           Colin C. Holley
                                          Attorneys for Plaintiff, DIRECT METALS INC.